IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GULFPORT ENERGY CORPORATION,

Plaintiff,

                              CASE NO. 2:12-cv-918
                              District Judge: Algenon L. Marbley

vs.

EDWIN WEAVER and
MARTHA WEAVER, husband and wife,

Defendants.

## AGREED DISMISSAL ORDER

This day came Plaintiff, Gulfport Energy Corporation, by counsel, and came the Defendants, Edwin and Martha Weaver, husband and wife, by counsel, and advised the Court that all matters in controversy between the parties have been confidentially resolved. Accordingly, the parties jointly moved that this entire action against all defendants be dismissed, with prejudice, against Plaintiff, and that this federal court retain jurisdiction to enforce the terms of the confidential settlement agreement reached herein.

There appearing no objection to said motion, as shown by the signatures of counsel of record below, it is, accordingly, ORDERED, ADJUDGED AND DECREED, that this action be, and the same is hereby, DISMISSED WITH PREJUDICE against the Plaintiff as resolved, and that this Court will retain jurisdiction to enforce the terms of the confidential settlement agreement. And it appearing that nothing else remains to be done in this action, this action is further ORDERED stricken from the civil docket of this Court.

ENTERED: _25 November 2013_

Document Number: 64334356261970.1

_____
UNITED STATES DISTRICT JUDGE
Algenon L. Marbley

PREPARED BY:

_____
Melanie Morgan Norris, Esq.
STEPTOE & JOHNSON PLLC
1233 Main Street, Suite 1000
P. O. Box 751
Wheeling, WV 26003-0751
*Counsel for Gulfport Energy Corporation*

SEEN AND AGREED:

_____
Michael A. Thompson, Esq. (Ohio Bar #0016874)
Thompson Law
4774 Munson St. NW
Suite 400
Canton, OH 44718
*Counsel for Edwin and Martha Weaver*